AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCAULIFFE, STEVEN J | U.S. DISTRICT COURT - N.H. | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

**7. Chambers or Office Address**

WARREN B. RUDMAN COURTHOUSE
55 PLEASANT STREET, ROOM 416
CONCORD, N.H. 03301

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Fellow | New Hampshire Bar Foundation |
| 2. Director | Challenger Center for Space Science Education |
| 3. Trustee | Trust #1 |
| 4. Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. Partner | Pinchers' Investment Group (Neighborhood Investment Club) |
| 6. Treasurer | Local EAA Chapter - Capitol Flyers |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 1:42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Child & Family Services (Teaching) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Note Rec. R. Jobin | | None | K | T | | | | | |
| 2. NOW Acct Bow Mills Bank | A | Interest | J | T | | | | | |
| 3. IRA Inv Co Amer Mut Fund | A | Dividend | L | T | | | | | |
| 4. IRA Wash Mut Inv Fund | A | Dividend | J | T | | | | | |
| 5. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 6. Bow Mills Bank Stock (D) | | None | N | T | | | | | |
| 7. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 8. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 9. IRA Franklin Templeton For. Fund | A | Dividend | L | T | | | | | |
| 10. IRA PA PACE Large Comp. Value Fund | A | Dividend | K | T | | | | | |
| 11. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 12. Pinchers' Investment Group Ptnshp Share | A | Dividend | J | T | | | | | |
| 13. -Home Depot Inc. | A | Dividend | | | Sold | 11/9 | J | A | Mkt |
| 14. -GE | A | Dividend | | | Sold | 2/10 | J | A | Mkt |
| 15. -BCR | A | Dividend | J | T | | | | | |
| 16. -CMX | | None | | | Sold | 11/9 | J | B | Mkt |
| 17. -MDT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U=Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -MSFT | A | Dividend | J | T | Partial Sale | 1/13 | J | A | Mkt |
| 19.   -PFE | A | Dividend | J | T | | | | | |
| 20.   -Dentsply Int. Inc. | A | Dividend | J | T | | | | | |
| 21.   -EBAY | | None | | | Sold | 11/9 | J | A | Mkt |
| 22.   -BAC | A | Dividend | J | T | | | | | |
| 23.   -Air Products & Chem. | A | Dividend | J | T | | | | | |
| 24.   -Oceaneering Intnl Inc. | A | Dividend | J | T | | | | | |
| 25.   -Whiting Petroleum Corp. | A | Dividend | J | T | | | | | |
| 26.   -XM Sat. Radio Hold Inc. | | None | | | Sold | 11/9 | J | A | Mkt |
| 27.   -Diageo (DEO) | A | Dividend | J | T | Buy | 9/15 | J | | Mkt |
| 28.   -Energy Ptnrs Ltd. (EPL) | A | Dividend | J | T | Buy | 3/17 | J | | Mkt |
| 29.   -Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 3/17 | J | | Mkt |
| 30.   -Tata Mtrs. (TTM) | A | Dividend | J | T | Buy | 1/13 | J | | Mkt |
| 31.   Patterson Companies, Inc. | A | Dividend | | | Sold | 2/13 | J | C | Mkt |
| 32.   N.Y. Comm. Bankcorp, Inc. | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 33.   Dow Chemical Co. | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 34.   Bank of America Corp. | A | Dividend | J | T | Addl. Buy | 7/11 | J | | Mkt |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lowes Cos, Inc. | A | Dividend | J | T | | | | | |
| 36. CVS Corp. | A | Dividend | J | T | | | | | |
| 37. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 38. Pall Corp. | A | Dividend | | | Sold | 11/7 | J | B | Mkt |
| 39. Petroleo Brasileiro | A | Dividend | K | T | | | | | |
| 40. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 41. Staples | A | Dividend | K | T | | | | | |
| 42. LM Ericsson Telefon Co. | A | Dividend | J | T | | | | | |
| 43. ING Groep N V NL | A | Dividend | | | Sold | 11/7 | J | C | Mkt |
| 44. Novo Nordisk ADR | A | Dividend | | | Sold | 11/7 | K | C | Mkt |
| 45. Sirius Sat. Radio, Inc. | | None | | | Sold | 11/7 | J | A | Mkt |
| 46. Freescale Semicond., Inc. | A | Dividend | | | Sold | 12/4 | J | B | Mkt |
| 47. IRA I Shares Russell Fund | A | Dividend | K | T | | | | | |
| 48. IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 49. Fed. Prime MM Fund | A | Dividend | J | T | | | | | |
| 50. BMB NOW Acct. (2) | A | Interest | J | T | | | | | |
| 51. Toyota Motor Corp. | A | Dividend | | | Sold | 6/13 | J | B | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Ishares FTSE/XINHUA China 25 Index FD | A | Dividend | | | Sold | 6/8 | J | B | Mkt |
| 53.   XTO Energy | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 54.   Cemex S A | A | Dividend | J | T | Partial Sale | 6/26 | J | A | Mkt |
| 55.   Tele Norte Leste Particip SA | A | Dividend | | | Sold | 11/9 | J | A | Mkt |
| 56.   Aegon NV Ord ARS Piepstg | A | Dividend | | | Sold | 3/23 | J | B | Mkt |
| 57.   Verizon Communication Inc. | A | Dividend | | | Sold | 5/24 | J | A | Mkt |
| 58.   Tyco Intnl Ltd | A | Dividend | | | Sold | 2/14 | J | A | Mkt |
| 59.   Suncor Energy, Inc. | A | Dividend | J | T | | | | | |
| 60.   Peabody Energy Corp. | A | Dividend | | | Sold | 9/12 | J | A | Mkt |
| 61.   James River Coal Inc. | A | Dividend | | | Sold | 3/23 | J | A | Mkt |
| 62.   American Eagle Outfitters Inc. | A | Dividend | | | Sold | 4/6 | J | C | Mkt |
| 63.   UST Inc. | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 64.   Ishares Trust S&P Tele | A | Dividend | J | T | | | | | |
| 65.   Internet Holders Trust | A | Dividend | J | T | | | | | |
| 66.   Aus & NZ Bkg Grp | A | Dividend | J | T | | | | | |
| 67.   Diageo (DEO) | | None | J | T | Buy | 11/7 | J | | Mkt |
| 68.   Franklin Res. Inc. | | None | J | T | Buy | 11/7 | J | | Mkt |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes:                J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
   (See Column C2)             ● =Appraisal          V =Other          S =Assessment
                               U =Book Value                         W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oracle Corp. | | None | | | Buy | 11/7 | J | | Mkt |
| 70. Thermo Fisher Sci. (TMO) | | None | J | T | Buy | 11/7 | J | | Mkt |
| 71. Oracle Corp. | | None | | | Sold | 12/18 | J | A | Mkt |
| 72. Telenorte Leste | | | | | Addl. Buy | 1/23 | J | | Mkt |
| 73. Rediff. Com India Ltd. | | | | | Buy | 1/30 | J | | Mkt |
| 74. Am Cap Str. Ltg. | A | Dividend | J | T | Buy | 2/27 | J | | Mkt |
| 75. NFJ DVD Int & Pr FD | A | Dividend | J | T | Buy | 3/2 | J | | Mkt |
| 76. Massey Energy Co. | | | | | Buy | 3/13 | J | | Mkt |
| 77. Telecom N.Z. | | | | | Buy | 3/30 | J | | Mkt |
| 78. Tupperware Brands | | | | | Buy | 4/6 | J | | Mkt |
| 79. United Health Group Inc. | A | Dividend | J | T | Buy | 4/20 | J | | Mkt |
| 80. Intel Corp. | | | | | Buy | 4/27 | J | | Mkt |
| 81. Lowes Cos. Inc. | | | | | Addl. Buy | 4/27 | J | | Mkt |
| 82. Wellpoint, Inc. | A | Dividend | J | T | Buy | 4/27 | J | | Mkt |
| 83. American Intnl. Group | A | Dividend | J | T | Buy | 4/27 | J | | Mkt |
| 84. Conoco Phillips | | | | | Buy | 4/27 | J | | Mkt |
| 85. Enterprise Prods. Ptnrs. | A | Dividend | J | T | Buy | 4/27 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bausch & Lomb, Inc. | | | | | Buy | 4/27 | J | | Mkt |
| 87. MFS Intnl Divers. FD | A | Dividend | J | T | Buy | 4/27 | J | | Mkt |
| 88. Amgen, Inc. | | | | | Buy | 5/15 | J | | Mkt |
| 89. Peabody Energy Corp. | | | | | Addl. Buy | 6/9 | J | | Mkt |
| 90. ALCOA Inc. | | | | | Buy | 6/28 | J | | Mkt |
| 91. Agree Realty Corp. | A | Dividend | J | T | Buy | 6/30 | J | | Mkt |
| 92. Suncor Energy Inc. | A | Dividend | J | T | Buy | 7/11 | J | | Mkt |
| 93. Chesapeake Energy Corp. | A | Dividend | J | T | Buy | 7/17 | J | | Mkt |
| 94. Joy Global Inc. | A | Dividend | J | T | Buy | 8/3 | J | | Mkt |
| 95. Ingersoll-Rand Co. | | | | | Buy | 8/9 | J | | Mkt |
| 96. Citizens Commo. Co. | A | Dividend | J | T | Buy | 8/17 | J | | Mkt |
| 97. Cohen & Steers Prem. Inc. Realty Fund | A | Dividend | J | T | Buy | 9/1 | J | | Mkt |
| 98. Kinder Morgan Energy LP | A | Dividend | J | T | Buy | 9/21 | J | | Mkt |
| 99. Alaska Com Sys Grp Inc. | A | Dividend | J | T | Buy | 10/30 | J | | Mkt |
| 100. Penn VA Resource Pt. LP | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 101. Cohen & Steers Select Util Fd | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 102. Southern Copper Corp. | | | | | Buy | 11/15 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nordic Am. Tanker Shipping Ltd | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 104. GMH CMNTYS TR | A | Dividend | J | T | Buy | 12/7 | J | | Mkt |
| 105. American Intnl Grp | | | | | Partial Sale | 12/21 | J | A | Mkt |
| 106. Ingersoll-Rand Co. | A | Dividend | | | Sold | 11/21 | J | A | Mkt |
| 107. Southern Copper Corp. | | None | | | Sold | 11/16 | J | A | Mkt |
| 108. Conoco Phillips | A | Dividend | | | Sold | 11/14 | J | A | Mkt |
| 109. ALCOA | A | Dividend | | | Sold | 11/30 | J | A | Mkt |
| 110. Amgen, Inc. | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 111. Intel Corp | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 112. Bausch & Lomb, Inc. | A | Dividend | | | Sold | 6/9 | J | B | Mkt |
| 113. Rediff. Com India Ltd. | | None | | | Sold | 3/23 | J | A | Mkt |
| 114. Telecom N.Z. | A | Dividend | | | Sold | 7/27 | J | A | Mkt |
| 115. Massey Energy Co. | A | Dividend | | | Sold | 9/15 | J | A | Mkt |
| 116. Tupperware Brands | A | Dividend | | | Sold | 8/17 | J | A | Mkt |
| 117. Gen Mtrs. Corp. Conv. Pfd. | | | | | Buy | 2/2 | J | | Mkt |
| 118. Gen Mtrs. Corp. Conv. Pfd. | | None | | | Sold | 4/17 | J | A | Mkt |
| 119. Bow Mills Bank Stock [C] | | None | L | T | | . | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bank of Am. Corp. [C] | A | Dividend | J | T | | | | | |
| 121. Burlington Resources, Inc. [C] | A | Dividend | | | Sold | 4/4 | K | E | Mkt |
| 122. Dow Chemical Co. [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 123. Lowes Cos., Inc. [C] | A | Dividend | J | T | | | | | |
| 124. N.Y. Comm. Bancorp, Inc. [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 125. BP PLC ADR [C] | A | Dividend | K | T | | | | | |
| 126. Fed. Prime Obig. MM Fund [C] | A | Dividend | J | T | | | | | |
| 127. Allied Capital Corp [C] | A | Dividend | J | T | | | | | |
| 128. Wellpoint, Inc. [C] | A | Dividend | K | T | | | | | |
| 129. Kinder Morgan Energy Ptnrs. LP [C] | A | Dividend | J | T | | | | | |
| 130. Telecom New Zealand [C] | A | Dividend | | | Sold | 7/27 | J | A | Mkt |
| 131. Ishares FTSE/XINHUA China Index [C] | A | Dividend | | | Sold | 6/13 | J | B | Mkt |
| 132. Telefonos De Mexico [C] | A | Dividend | | | Sold | 2/17 | J | B | Mkt |
| 133. Amgen, Inc. [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 134. SLM Corp OPI Linked [C] | A | Dividend | | | Sold | 5/26 | J | A | Mkt |
| 135. Toyota Motor Corp. [C] | A | Dividend | | | Sold | 6/13 | J | B | Mkt |
| 136. CVS Corp. [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. United Health Group [C] | A | Dividend | J | T | | | | | |
| 138. XTO Energy Inc. [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 139. Cemex S.A. [C] | A | Dividend | K | T | | | | | |
| 140. Peabody Energy Corp. [C] | A | Dividend | | | Sold | 9/15 | J | A | Mkt |
| 141. WalMart Stores Inc. [C] | A | Dividend | | | Sold | 1/9 | J | A | Mkt |
| 142. American Eagle Outfitters Inc. [C] | A | Dividend | | | Sold | 4/6 | J | B | Mkt |
| 143. Tele Norte Leste Particip [C] | A | Dividend | | | Sold | 11/9 | K | A | Mkt |
| 144. Suncor Energy [C] | A | Dividend | J | T | | | | | |
| 145. Aegon NV Ord [C] | A | Dividend | | | Sold | 3/23 | J | C | Mkt |
| 146. Verizon Comm. Inc. [C] | A | Dividend | | | Sold | 5/24 | J | A | Mkt |
| 147. Tyco Intnl Inc. [C] | A | Dividend | | | Sold | 2/14 | J | A | Mkt |
| 148. SLM Corp. [C] | A | Dividend | | | Sold | 5/26 | J | A | Mkt |
| 149. James River Coal Inc. [C] | A | Dividend | | | Sold | 3/23 | K | A | Mkt |
| 150. Citigroup Inc. [C] | A | Dividend | J | T | | | | | |
| 151. UST Inc. [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 152. New York Comm Bankcorp [C] | | | | | Addl. Buy | 1/23 | J | | Mkt |
| 153. Telenorte Leste [C] | | | | | Addl. Buy | 1/23 | J | | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Rediff. Com India Ltd [C] | | | | | Buy | 1/30 | J | | Mkt |
| 155. Rediff. Com India Ltd [C] | | None | | | Sold | 3/23 | J | B | Mkt |
| 156. Massey Energy Co [C] | | | | | Buy | 3/13 | K | | Mkt |
| 157. Massey Energy Co [C] | A | Dividend | | | Sold | 9/18 | J | A | Mkt |
| 158. American Cap Str Ltd. [C] | A | Dividend | J | T | Buy | 3/21 | J | | Mkt |
| 159. NFJ Dvd Int & PR FD [C] | A | Dividend | K | T | Buy | 3/24 | J | | Mkt |
| 160. Intel Corp [C] | | | | | Buy | 3/29 | K | | Mkt |
| 161. Intel Corp [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 162. Enterprise Prod Pt [C] | A | Dividend | J | T | Buy | 3/30 | J | | Mkt |
| 163. Conoco Phillips [C] | | | | | Buy | 4/4 | J | | Mkt |
| 164. Conoco Phillips [C] | | None | | | Sold | 11/14 | J | A | Mkt |
| 165. Tupperware Brands [C] | | | | | Buy | 4/6 | J | | Mkt |
| 166. Tupperware Brands [C] | A | Dividend | | | Sold | 9/6 | K | A | Mkt |
| 167. Medtronic Inc [C] | A | Dividend | J | T | Buy | 4/20 | J | | Mkt |
| 168. Ing Global Eq [C] | A | Dividend | K | T | Buy | 4/27 | K | | Mkt |
| 169. United Health Group [C] | A | Dividend | J | T | Buy | 4/27 | J | | Mkt |
| 170. Am. Intnl Grp Inc. [C] | A | Dividend | J | T | Buy | 4/27 | J | | Mkt |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
   (See Column C2)     Q =Appraisal     V =Other     S =Assessment
   U =Book Value     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Blackrock En. Div. Tr. [C] | A | Dividend | K | T | Buy | 4/27 | K | | Mkt |
| 172. Bausch & Lomb [C] | | | | | Buy | 4/27 | J | | Mkt |
| 173. Bausch & Lomb [C] | A | Dividend | | | Sold | 6/9 | J | A | Mkt |
| 174. MFS Intnl Div FD [C] | A | Dividend | K | T | Buy | 4/27 | K | | Mkt |
| 175. Amgen [C] | | | | | Buy | 5/15 | J | | Mkt |
| 176. Amgen [C] | A | Dividend | | | Sold | 6/13 | J | A | Mkt |
| 177. Telecom NZ [C] | | | | | Buy | 5/15 | J | | Mkt |
| 178. Telecom NZ [C] | A | Dividend | | | Sold | 7/27 | J | A | Mkt |
| 179. Peabody Energy [C] | | | | | Buy | 5/15 | J | | Mkt |
| 180. Peabody Energy [C] | A | Dividend | | | Sold | 9/15 | J | A | Mkt |
| 181. ALCOA [C] | | | | | Buy | 6/28 | K | | Mkt |
| 182. ALCOA [C] | A | Dividend | | | Sold | 10/30 | K | A | Mkt |
| 183. Agree Realty [C] | A | Dividend | J | T | Buy | 6/30 | J | | Mkt |
| 184. Chesapeake Energy [C] | A | Dividend | J | T | Buy | 7/17 | J | | Mkt |
| 185. Citizens Commo [C] | A | Dividend | J | T | Buy | 7/18 | J | | Mkt |
| 186. Ingersoll Rand [C] | | | | | Buy | 8/9 | J | | Mkt |
| 187. Ingersoll Rand [C] | A | Dividend | | | Sold | 11/9 | J | A | Mkt |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Joy Global [C] | A | Dividend | J | T | Buy | 8/9 | J | | Mkt |
| 189. Cohen & Steers Prem Rlty FD [C] | A | Dividend | K | T | Buy | 9/1 | J | | Mkt |
| 190. Cohen & Steers Select Util Fund Inc. [C] | A | Dividend | J | T | Buy | 10/11 | J | | Mkt |
| 191. Penn VA Res. Ptnrs. [C] | A | Dividend | J | T | Buy | 10/11 | J | | Mkt |
| 192. Alaska Comm. Sys [C] | A | Dividend | J | T | Buy | 10/11 | J | | Mkt |
| 193. Southern Copper Corp [C] | | | | | Buy | 11/1 | J | | Mkt |
| 194. Southern Copper Corp [C] | | None | | | Sold | 11/16 | J | A | Mkt |
| 195. Nordic Am Tanker Ltd [C] | A | Dividend | K | T | Buy | 11/15 | K | | Mkt |
| 196. GMH CMNTYS Tr [C] | A | Dividend | J | T | Buy | 12/7 | J | | Mkt |
| 197. Alpine Ser Tr [C] | A | Dividend | J | T | Buy | 12/19 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I. POSITIONS.

Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.

I own a ▓▓▓▓▓▓ with a former law partner, Edward E. Shumaker, III, as ▓▓▓▓▓▓ which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a ▓▓▓▓▓▓

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur█                                        Date _May 14, 2007_

NOTE█                                        FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544